AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Victor Andujar, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> SKYC Management LLC, 674 Holding LTD., Shimon Greisman and Gary Gartenberg <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-cv-08764 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  674 Holding LTD.
1419 60th Street
Brooklyn, New York 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc Rapaport
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/06/2023

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*