| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/9/2024 |

VICTOR ANDUJAR, *Individually and on Behalf of All Others Similarly Situated*, et al.

                Plaintiffs,

-against-

SKYC MANAGEMENT LLC et al.,

                Defendants.

1:23-cv-8764-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that any motion for class certification under Rule 23 of the Federal Rules of Civil Procedure must be filed by January 14, 2025. The Court will not extend this deadline, and any motion filed after the deadline will be denied as untimely.

The parties must file a joint status letter by February 13, 2025, pursuant to the Court's earlier Order granting Plaintiffs' motion for conditional certification of a collective action under the FLSA [ECF No. 61 at 11].

**SO ORDERED.**

**Date:  December 9, 2024**
      **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1