Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

January 28, 2025

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2025
```

**Re:   Andujar *et al.* v. SKYC Management LLC *et al.*
Case No. 23-cv-08764(MKV)(KHP)**

Dear Judge Vyskocil:

We represent plaintiff, Victor Andujar ("Plaintiff") and Opt-in Plaintiffs in the above-referenced matter. Pursuant to the Court's Scheduling Order dated November 6, 2024 (ECF No. 60, the "Order"), the parties are required to appear for a status conference before Your Honor on Monday, February 3, 2025 at 10:30 a.m. With Defendants' counsel's consent, we write to respectfully request an adjournment of the status conference to a later date that is convenient for the Court. We make this request because the undersigned has been summoned for jury duty, which cannot be postponed and conflicts with the scheduled conference date. This is the first such request for an adjournment of the status conference. Should the Court grant this request, the extension will not impact any other deadlines or scheduled appearances in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Marc A. Rapaport*

Marc A. Rapaport

cc: All Counsel of Record (via ECF)

GRANTED. The status conference in this matter is HEREBY ADJOURNED to February 24th, 2025 at 12pm.
SO ORDERED.

Date: 1/31/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge