**Rapaport Law Firm**

Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/2025

April 15, 2025

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.

04/16/2025

Re:   **Andujar v. SKYC Management LLC et al.**
      **Case No. 23-cv-08764(MKV)(KHP)**

Dear Judge Parker,

We are counsel for plaintiff, Victor Andujar, and the four opt-in plaintiffs, Silvio Bernabel, Angel Lugo, Juan D. Jimenez and Andres Perez in the above-referenced matter, which involves wage and hour claims. Pursuant to Your Honor's Order (ECF 75), the parties' pre-conference submissions are due tomorrow, April 16, 2025 by 5:00 p.m. We write jointly with counsel for Defendants to request a one-day extension of the deadline to April 17, 2025.

Plaintiffs' counsel initially requested Defendants' consent to this request because plaintiffs' counsel will be assisting an immediate family member who is scheduled to undergo surgery tomorrow morning. Defendants consent to the extension and likewise seek the additional day for their submission. Both parties respectfully request that the deadline be extended to 9:00 p.m. on Thursday, April 17, 2025.

Additionally, with Plaintiffs' consent, Defendants request that the Court permit them to submit up to six pages for their pre-conference submission. At the pre-settlement conference held on February 27, 2025, the Court authorized Plaintiffs to submit up to six pages and Defendants up to four. In light of the complexity of the issues, Defendants respectfully request that they be permitted the same page limit as Plaintiffs.

This is the first request for an extension of this deadline. Should the requested extension be granted, it will not affect any other deadline or scheduled date.

Hon. Katharine H. Parker, U.S.M.J.
April 15, 2025
Pg. 2

      We thank the Court for its consideration of these requests.

RAPAPORT LAW FIRM, PLLC

By: _/s/ Marc A. Rapaport_____

Marc A. Rapaport, Esq.
80 Eighth Ave., Suite 206
New York, NY 10011
Tel: 212-382-1600
mrapaport@rapaportlaw.com

*Attorneys for Plaintiffs*