USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR ANDUJAR.,

                    Plaintiff,                  **ORDER – STATUS LETTER**

    -against-                                 23-CV-8764 (KHP)

SKYC MANAGEMENT LLC, et al.,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    By **May 23, 2025**, the parties are ordered to file a letter with the Court to provide a status update on settlement discussions.

    **SO ORDERED.**

Dated: May 13, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge